UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES FRANCISCO, | No. C 13-2741 JCS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This federal civil rights action, in which plaintiff challenges a prison transfer ordered by his jailors at the California Institution of Men, is TRANSFERRED to the Central District of California because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant resides, in that district. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: June 24, 2013

_____
United States Magistrate Judge
Judge Joseph C. Spero

No. C 13-2741 JCS (PR)
ORDER OF TRANSFER